IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, MARYLAND

RENEE L. CUFFEE,  )
7085 Water Oak Road  )
Elkridge, Maryland  21075  )
 )
        Plaintiff,  )
 )
        v.  )  Civil Action No. 325640V
VERIZON COMMUNICATIONS, INC.  )
13100 Columbia Pike  )
Silver Spring, Maryland  )
 )
        Defendant.  )
_____  )

**COMPLAINT—CIVIL RIGHTS**
**(JURY TRIAL DEMANDED)**

RECEIVED
JAN 15 2010
Clerk of the Circuit Court
Montgomery County, Md.

I. JURISDICTION AND VENUE

1.    This is an action for declaratory relief, injunctive relief, back pay, compensatory damages and other appropriate relief, legal and equitable, brought by Plaintiff Renee L. Cuffee to redress violations by the Defendant of Plaintiff's civil rights. The jurisdiction of this Court is invoked to secure the protection of and to redress the deprivation of rights secured to Plaintiff by the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as amended, (Supp. II. 1991) (hereinafter, "Title VII"), which provides for injunctive, equitable and other relief against discrimination in employment on the basis of race, religion, sex, national origin and color, and forbids retaliation against any person who exercises his or her rights under Title VII.

2.    Venue lies with this Court as the unlawful employment practices alleged herein were committed in Montgomery County, Maryland.

PAGE 1

## II. PARTIES

3.  Plaintiff, Renee L. Cuffee, is a female citizen of the United States of America and a resident of the State of Maryland.

4.  Defendant Verizon Communications is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, and at all times relevant to this Complaint, Defendant Verizon Communications maintained offices in Montgomery County, Maryland.

## III. STATEMENT OF FACTS

5.  On or about, June 1999 plaintiff was originally hired as a Consultant by Defendant Verizon. At all other relevant times stated herein, plaintiff was employed by Verizon.

6.  During her employment by Verizon, plaintiff was evaluated on her performance and either met or exceeded her position requirements during all of the applicable performance appraisal periods.

7.  During the tenure of plaintiff's employment by Verizon, plaintiff became romantically involved with a male employee for Defendant Verizon.

8.  In December 2008, plaintiff was transferred from a Supervisor of Operations for the Virginia/West Virginia region to Supervisor of Operations for the Maryland/Washington, D.C. region.

9.  Plaintiff avers that her transfer was made because of her gender.

10. As a result of the transfer to the new position, Plaintiff has suffered a reduction in pay, because she no longer receives the same amount of bonus money as before, and Plaintiff's career path has suffered, because in her new position she does not have the

same opportunities to travel, nor the same opportunities for promotion and advancement as in her previous position.

11. Upon information and belief, the male employee with whom Plaintiff was involved was not forced to take a reduction in pay or grade, nor was he transferred to a lesser position.

12. Defendant Verizon has acted maliciously, and in violation of Plaintiff's rights as secured by Title VII of the Civil Rights Act of 1964, as amended.

13. As a result of the acts and practices complained of herein, Plaintiff Renee L. Cuffee has suffered and is still suffering loss of income and wages, employment opportunities, promotion, loss of personal and professional esteem, and Plaintiff has suffered and is still suffering emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life and other pecuniary and nonpecuniary losses.

14. Plaintiff Cuffee has no plain, adequate or complete remedy at law to redress the wrongs complained of herein, and unless restrained by Order of this Court, Plaintiff will continue to suffer irreparable injury as a result of the wrongs complained of herein.

15. Plaintiff has satisfied all of the administrative prerequisites to suit for this action, and on October 21, 2009, Plaintiff received a right-to-sue letter from the United States Equal Employment Opportunity Commission.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays this Honorable Court to advance this case on the docket, Order a jury trial, cause a hearing in this case to be in every way expedited, and upon such hearing to:

1. Issue a declaratory judgment that Defendant's acts and practices complained of

herein violated Plaintiff's rights as secured by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.;

2. Order Defendant to make Plaintiff whole for the discrimination and retaliation Plaintiff has suffered as a result of the acts and practices as described herein, and provide appropriate reinstatement to her previous position, back pay, wages, and benefits in an amount to be shown at trial.

3. Grant Plaintiff an award of compensatory damages in amount to be shown at trial for each of Plaintiff's Claims herein.

4. Grant to Plaintiff her attorney's fees, costs and the disbursements necessary for Plaintiff to maintain this action.

5. Retain jurisdiction over this action to assure full compliance with the Orders of this Court and with applicable law, and require the Defendant to file such reports as the Court deems necessary to evaluate such compliance.

6. Grant such other and further relief as the Court deems necessary and proper.

Respectfully submitted,

Thomas J. Gagliardo, Md. Bar #2989
8401 Colesville Road, Suite 315
Silver Spring, MD 20910
(301) 589-1900

John Wesley Davis,
D.C. Bar # 931600
1111 14th Street, N.W.
Suite 820
Washington, D.C. 20005
202-408-1952

Henry L. Marsh, III
VSB No. 05691
Frederick H. Marsh
VSB No. 40133
Hill, Tucker & Marsh, P.L.L.C.
422 E. Franklin Street, Suite 301
Richmond, VA, 23219-2226
(804) 648-9073
(804) 648-2116 (Facsimile)